**<u>IN THE UNITED STATES BANKRUPTCY COURT</u>**
**<u>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u>**

| | |
|---|---|
| **IN RE: William Joseph Miller aka Bill Miller aka William J Miller** | **BK NO. 26-02886 HWV** |
| **Debtor(s)** | **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Maggie Soboleski

Maggie Soboleski
26 Oct 2026, 16:55:28, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 5e44ae2c1f4c3598c69a9c4192985ccc87ba91ecafa367c6a88741639d06aaa2